**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION
10

| | |
|---|---|
| VANCE S. ELLIOT, | No. 14-mc-80009 RS |
| | 14-mc-80117 RS |
| Plaintiff, | |
| v. | **ORDER DIRECTING CLERK TO ASSIGN CIVIL CASE NUMBER** |
| THE DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |
| _____/ | |

11
12
13
14
15
16
17

18       By order issued in Case No. 04-1600 MHP, on February 14, 2006, Judge Marilyn Hall Patel

19   of this district required pre-filing review of all papers submitted by plaintiff Vance Elliot involving

20   any claims that were the subject of or related to the claims in that action. Plaintiff is thus required to

21   obtain leave of court before filing a new complaint.

22       Mr. Elliot filed a complaint in January 2014 against the Department of Veterans Affairs.  *See*

23   ECF No. 1.  He filed another complaint against the agency in April 2014.  *See* No. 14-mc-80117.

24   The two cases were deemed related.  *See id.*; ECF No. 4.  Because the subject matter of Mr. Elliot's

25   pending complaints are beyond the scope of the applicable pre-filing review order, the clerk's office

26   is directed to assign new civil case numbers to both this action (No. 14-mc-80009) and the related

27   action (No. 14-mc-80117).

28

1    IT IS SO ORDERED.

2

3    Dated:  6/10/14                                        _____
                                                         RICHARD SEEBORG
4                                                        UNITED STATES DISTRICT JUDGE

5

6

7

8    **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

9

10   Vance S. Elliott
     640 Eddy Street, #219
11   San Francisco, CA 94109

12

     DATED:  6/10/14
13

14                                          /s/ Chambers Staff
                                           _____
15                                          Chambers of Judge Richard Seeborg

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California